# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| LEROY N. BERRY, LAWRENCE H. DUPPINS, WILLIAM J. MALIZIA, JR., AARON J. STANFORD ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | : : : : : | No. 276 EAL 2016<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioners | : : : : : : | |
| v. | : : : : : | |
| CITY OF PHILADELPHIA, | : : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.